**Notice Recipients**

District/Off: 0420–3 User: surette Date Created: 1/9/2013
Case: 12–04626–dd Form ID: pdf01 Total: 4

**Recipients of Notice of Electronic Filing:**
tr	Joy S. Goodwin	ecf@ch13trustee.net
aty	J. Steven Huggins	attyhuggins@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db	Michael Donnell Terry	3 Rice Pointe Court	Columbia, SC 29203
jdb	Lola Yvonne Johnson–Terry	3 Rice Pointe Court	Columbia, SC 29203

TOTAL: 2